# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF V. Javier Castellanos Ortiz, DEFENDANT(S). | CASE NUMBER MJ 18-02434 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday</u>, <u>9/14/18</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>540, 5th Floor (Roybal)</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: September 12, 2018

/s/ Steve Kim
Steve Kim, U.S. Magistrate Judge